UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-02196-JAM-CSK |
| | No. 2:24-cv-02197-JAM-CSK |
| | No. 2:24-cv-02198-JAM-CSK |
| | No. 2:24-cv-02200-JAM-CSK |
| | No. 2:24-cv-02201-JAM-CSK |
| | No. 2:24-cv-02202-JAM-CSK |
| | No. 2:24-cv-02204-JAM-CSK |
| | No. 2:24-cv-02211-JAM-CSK |
| | No. 2:24-cv-02212-JAM-CSK |
| | No. 2:24-cv-02215-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9  finds they are related to Plaintiff's Alameda County criminal conviction.

10      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02196, 2:24-cv-02197, 2:24-cv-
11  02198, 2:24-cv-02200, 2:24-cv-02201, 2:24-cv-02202, 2:24-cv-02204, 2:24-cv-02211, 2:24-cv-
12  2212 and 2:24-cv-02215 are **DISMISSED**; the Clerk of the Court is directed to **CLOSE** these
13  cases.  **No further filings will be accepted**.

Dated: August 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE